### 22111. CLARK *v.* DREW.

HOOPER, J. The evidence adduced in the superior court upon the trial of the appeal from the court of ordinary was sufficient to authorize the verdict removing the guardian from her trust, and the judge of the superior court did not err in overruling the motion for a new trial, containing the general grounds only.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED SEPTEMBER 1, 1932.

*H. C. Hatcher,* for plaintiff in error.
*I. W. Rountree, Lewis & Lewis,* contra.